IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SAMEH HANNA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:18-cv-00325 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| MARRIOTT HOTEL SERVICES INC., ) | |
| MARRIOTT INTERNATIONAL INC. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court are the parties' cross-motions for summary judgment. (Doc. Nos. 209, 206). For the reasons stated in the accompanying Memorandum Opinion, Defendants' motion (Doc. No. 209) is GRANTED, and for the same reasons, Plaintiff's motion (Doc. No. 206) is DENIED.

This is the final order in the case. All relief being denied, the Clerk of the Court SHALL enter final judgment. Fed. R. Civ. P. 58(b)(1)(C).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE