# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

Sameh Hanna

                Plaintiff,

v.                               Case No.: 3:18−cv−00325

Marriott Hotel Services, Inc., et al.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/9/2023 re [243].

                                                      Lynda M. Hill
                                         s/ Annecia L Donigan, Deputy Clerk